**Sklar Law, LLC**
1200 Laurel Oak Road, Suite 102
Voorhees, NJ 08043
Tel: (856) 258-4050
Andrew Sklar (AS-3105)
*Attorneys for Andrew Sklar, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| KONSTANTINE HARRY ZOGRAFOS | : | Case No. 16-30885-ABA |
| Debtor | : | |

**NOTICE OF MOTION TO APPROVE SETTLEMENT BETWEEN ANDREW SKLAR, AS CHAPTER 7 TRUSTEE OF KONSTANTINE HARRY ZOGRAFOS AND ANTHONY WEHBE AND SOZA CLINIC**

TO:   All Parties on Service List Attached to Certification of Service

The Trustee has filed papers with the court to Approve the Settlement with

Anthony Wehbe and Soza Clinic.

*<u>Your rights may be affected</u>.*  **You should read these papers carefully and**

**discuss them with your attorney, if you have one in this bankruptcy case.  (If you do**

**not have an attorney, you may wish to consult one.)**

If you do not want the court to approve the settlement between the Trustee and Anthony

Wehbe and Soza Clinic, or if you want the court to consider your views on the motion,

then on or before March 14, 2017, you or your attorney must:

- File with the court a written response, an answer, explaining your position at:

    United States Bankruptcy Court
    U.S. Post Office & Courthouse Building

P.O. Box 2067
Camden, NJ 08101

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:

Andrew Sklar, Esquire
Sklar Law, LLC
1200 Laurel Oak Road, Ste 102
Voorhees, NJ 08043
Attorneys for Trustee

- Attend the hearing scheduled to be held on March 21, 2017 at 10:00 a.m. at the United States Bankruptcy Court, Mitchell Cohen Federal Court House, 4th & Cooper Streets, Camden, NJ 08101.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order approving the settlement between the Trustee and Anthony Wehbe and Soza Clinic. Oral argument is requested only if opposition is filed.

Dated: February 9, 2017

/s/ Andrew Sklar
**Andrew Sklar, Esquire**
**Attorney for Chapter 7 Trustee**